**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MONSTER ENERGY COMPANY, <br><br>       *Opposer/Respondent*, <br> v. <br><br> THE ENERGY MONSTER, INC., <br><br>       *Applicant/Movant*. | Pending in Opposition No. 91223030 in the United States Trademark Trial and Appeal Board |

**THE ENERGY MONSTER, INC.'S MOTION TO QUASH MONSTER ENERGY COMPANY'S NON-PARTY SUBPOENAS AND FOR A PROTECTIVE ORDER AGAINST FURTHER DISCOVERY**

The Energy Monster, Inc. ("Energy Monster") hereby moves, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, to quash Monster Energy Company's Non-Party Subpoenas and for a protective order preventing additional discovery in the underlying matter. In support of this motion, Energy Monster sets forth the accompanying Memorandum of Law as fully incorporated hereto.

WHEREFORE, Energy Monster respectfully requests that this Court GRANT its Motion and ORDER the relief specified in its accompanying Memorandum of Law.

**REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1**

1

The Energy Monster, Inc,
By its Attorneys,

Date: January 21, 2020

/s/ C. Alexander Chiulli
C. Alexander Chiulli | B.B.O. #688025
achiulli@bglaw.com
Eve J. Brown | B.B.O. #685249
ebrown@bglaw.com
BARTON GILMAN LLP
75 Federal Street, 9th Floor
Boston, MA 02110
617.654.8200 | 617.482.5350 – Fax
617.654.8200 | 617.482.5350 – Fax

## CERTIFICATION OF MEET AND CONFER

I, C. Alexander Chiulli, Energy Monster's attorney in this matter, hereby certify that our office has attempted in good faith to meet and confer with MEC's attorney, Jason Champion, in order to resolve the above issues and narrow the areas of disagreement in accordance with Federal Rule of Civil Procedure 26 and Local Rules 7.1 and 37.1.  Despite this meet and confer, the parties have been unsuccessful in resolving and/or narrowing this dispute.

/s/ C. Alexander Chiulli
C. Alexander Chiulli, Esq.

## CERTIFICATE OF SERVICE

I, C. Alexander Chiulli, certify that on January 21, 2020 this document was filed with the ECF system to be electronically served upon all registered participants identified on the Notice of Electronic Filing.

Steven J. Nataupsky
Matthew S. Bellinger
Jason A. Champion
Hans L. Mayer
2040 Main Street
Fourteenth Floor, Irvine, CA 92614
efiling@knobbe.com

/s/ C. Alexander Chiulli
C. Alexander Chiulli, Esq.

2