**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

THE ENERGY MONSTER, INC.,

                Movant

    v.

MONSTER ENERGY COMPANY,

                Respondent,

    and

MASTERMAN'S, LLP, NPSW, INC., and
MARY CASEY,

                Interested Parties.

**No. 4:20-mc-94003-TSH**

**ORDER**

**February 7, 2020**

Hennessy, M.J.,

For the reasons stated in detail at the hearing held on February 7, 2020 [Dkt. No. 12], the Energy Monster, Inc.'s motion to quash Monster Energy Company's non-party subpoenas and for a protective order [Dkt. No. 1] is **DENIED IN PART** with the remainder of the motion **HELD IN ABEYANCE**. Non-parties Masterman's, LLP, NPSW, Inc., and Mary Casey's motions to join the Energy Monster, Inc.'s motion to quash [Dkt. Nos. 13-15] are **HELD IN ABEYANCE**:

**(1)** The Energy Monster, Inc.'s request for a finding in this discovery matter that the parties have entered into a binding agreement to settle is **DENIED** for the reasons stated at the hearing. This ruling does not preclude the Energy Monster, Inc. from filing an appropriate action in a court with appropriate jurisdiction to resolve the allegation that

1

the parties have settled the underlying trademark dispute.  This ruling is not a finding as to the merits of the Energy Monster, Inc.'s settlement assertions.

(2) The Energy Monster, Inc.'s motion to quash non-party subpoena served on Christine VLK is **DENIED** as moot.  This ruling does not preclude the Energy Monster, Inc. from contesting the admissibility of the deposition evidence in the underlying trademark dispute.  This ruling does not preclude the Energy Monster, Inc. from pursuing discovery sanctions based on Monster Energy Company's alleged conduct regarding the January 20, 2020 deposition in a court with appropriate jurisdiction to the extent that the Federal Rules of Civil Procedure permit such sanctions.

(3) The Energy Monster, Inc.'s motion to quash non-party subpoenas served on Masterman's, LLP, NPSW, Inc., and Mary Casey and request for a protective order prohibiting further discovery is **HELD IN ABEYANCE** until the United States Trademark Trial and Appeal Board rules on Monster Energy Company's pending motion to extend the scheduling order and/or the Energy Monster, Inc.'s pending motion to stay proceedings. This court orders the parties to notify the United States Trademark Trial and Appeal Board of the posture of the instant matter.  This court orders the parties to notify this court on any rulings made by the United States Trademark Trial and Appeal Board on Monster Energy Company's pending motion to extend and/or the Energy Monster, Inc.'s pending motion to stay proceedings.  This court makes no findings as to the merits of the Energy Monster, Inc.'s motion to quash non-party subpoenas served on Masterman's, LLP, NPSW, Inc., and Mary Casey at this time.  This court makes no findings as to the Energy Monster, Inc.'s request for sanctions at this time.

**(4)** Non-parties Masterman's, LLP, NPSW, Inc., and Mary Casey's motions to join the Energy Monster, Inc.'s motion to quash are **HELD IN ABEYANCE** until the United States Trademark Trial and Appeal Board rules on Monster Energy Company's pending motion to extend the scheduling order and/or the Energy Monster, Inc.'s pending motion to stay proceedings.  This ruling is not a finding as to the timeliness of the non-parties' motions to join.

## CONCLUSION

For the reasons stated in detail at the hearing held on February 7, 2020 [Dkt. No. 12], the Energy Monster, Inc.'s motion to quash Monster Energy Company's non-party subpoenas and for a protective order [Dkt. No. 1] is DENIED IN PART with the remainder of the motion HELD IN ABEYANCE.  Non-parties Masterman's, LLP, NPSW, Inc., and Mary Casey's motions to join the Energy Monster, Inc.'s motion to quash [Dkt. Nos. 13-15] are HELD IN ABEYANCE.  This court will order another hearing on the matter if such a hearing becomes necessary following any rulings made by the United States Trademark Trial and Appeal Board on Monster Energy Company's pending motion to extend and/or the Energy Monster, Inc.'s pending motion to stay proceedings.

/s/ David H. Hennessy
David H. Hennessy
U.S. Magistrate Judge