**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE ENERGY MONSTER, INC.,<br><br>Movant.<br><br>v.<br><br>MONSTER ENERGY COMPANY,<br><br>Respondent. | ) Civil Action No.: 4:20-mc-94003-TSH<br>)<br>) (Opposition No. 91223020 Pending in the<br>) United States Trademark Trial and Appeal<br>) Board)<br>)<br>) Hon. Timothy S. Hillman<br>)<br>) Hon. David H. Hennessy<br>)<br>)<br>) |

**MONSTER ENERGY COMPANY'S STATUS REPORT REGARDING OPPOSITION NO. 91223020 PENDING IN THE UNITED STATES TRADEMARK TRIAL AND APPEAL BOARD**

Pursuant to this Court's February 7, 2020 Order instructing Monster Energy Company ("Monster") to update the Court each week going forward, via a short filing, on the status U.S. Trademark Opposition No. 91223020 ("the Opposition"), Monster responds as follows:

On January 16, 2020, Monster filed a motion to extend the deadline for the close of discovery by the later of sixty (60) days until March 22, 2020, or sixty (60) days from the date of the Board's decision ("Motion to Extend Proceedings"). That motion remains pending.

On February 4, 2020, The Energy Monster Inc., ("TEM") filed a motion to suspend the Opposition pending the outcome of this Civil Action No.: 4:20-mc-94003-TSH ("Civil Action"). That motion remains pending.

On February 7, 2020, Monster filed a motion to compel TEM to produce documents ("Motion to Compel"). That motion remains pending.

On February 14, 2020, Monster filed a separate statement regarding the status of this

Civil Action attaching a copy of this Court's February 7, 2020 Order.

On February 14, 2020, TEM filed an opposition to Monster's Motion to Extend Proceedings. The deadline for TEM to file the opposition was February 5, 2020.

Respectfully submitted,

Dated:  February 14, 2020        By: */s/ Jason A. Champion*

                    Steven J. Nataupsky (*Admitted Pro Hac Vice*)
                    Matthew S. Bellinger (*Admitted Pro Hac Vice*)
                    Jason A. Champion (*Admitted Pro Hac Vice*)
                    Hans L. Mayer (*Admitted Pro Hac Vice*)
                    KNOBBE, MARTENS, OLSON & BEAR, LLP
                    2040 Main Street, 14th Floor
                    Irvine, CA 92614
                    Telephone: (949) 760-0404
                    Facsimile: (949) 740-9502

                    Steven A. Abreu (BBO # 672177)
                    Sharona H. Sternberg (BBO #682384) S
                    UNSTEIN KANN MURPHY & TIMBERS LLP
                    125 Summer Street
                    Boston, MA 02110-1618
                    Telephone: (617) 443-9292
                    ssternberg@sunsteinlaw.com

                    Attorneys for Respondent
                    MONSTER ENERGY COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing on February 14, 2020, with the

Clerk of the Court using the CM/ECF system, which sent notification of such filing to the

following:

C. Alexander Chiulli
achiulli@bglaw.com
Eve Brown
ebrown@bglaw.com
BARTON GILMAN LLP
75 Federal Street, 9th Floor Boston, MA 02110
Telephone: (617) 654-8200
Fax: (617) 482-5350

*/s/ Jason A. Champion*

Jason A. Champion
