**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MONSTER ENERGY COMPANY,

        *Opposer/Respondent*,

v.

THE ENERGY MONSTER, INC.,

        *Applicant/Movant*.

Civil Action No.: 4:20-mc-94003

Pending in Opposition No. 91223030 in the United States Trademark Trial and Appeal Board

**THE ENERGY MONSTER, INC.'S MOTION FOR LEAVE CONCERNING ENERGY MONSTER INC.'S MEMORANDUM OF LAW REGARDING CHRISTINE VLK'S DEPOSITION PURSUANT TO THE COURT'S MARCH 12th ORDER**

The Energy Monster, Inc. ("Energy Monster") hereby moves for leave concerning Energy Monster Inc.'s Memorandum of Law regarding Christine Vlk's deposition pursuant to the Court's March 12th Order.  Energy Monster specifically seeks leave to file said Memorandum of Law one (1) business day after the March 20, 2020 date in the Court's March 12th Order.  Said Memorandum of Law is two (2) pages in length, and leave is necessary on account of the recent unprecedented events of the COVID-19 pandemic.

During the week of March 16-20th, Energy Monster and its counsel faced unanticipated challenges related to the pandemic that prevented and/or significantly hampered its ability to meet the March 20th deadline.  Said challenges included the closing of Energy Monster's counsel's physical offices on Wednesday, March 18th and Energy Monster's counsel having to rapidly transition to a remote workplace on Thursday, March 19th through Friday March 20th. Said challenges further included Energy Monster's counsel's having to take the necessary steps, both at work and home, to comply with the orders and guidance of governmental authorities (Rhode Island, Massachusetts, and federal) concerning COVID-19 and social distancing.

1

Should leave be granted, there is no clear prejudice to MEC, whereas Energy Monster would not be heard by the Court as a result of the unprecedented pandemic-driven circumstances described herein. Lastly, discovery in the underlying opposition has been extended by the Trademark Trial and Appeal Board, and the Court has extended other deadlines set forth in the March 12th Order. See Dkt. Nos. 29 and 31.

Energy Monster filed its two (2) page Memorandum of Law today, March 23, 2020. To the extent necessary, Energy Monster agrees to a proportionate extension of time (whether one (1) business day to March 25th and/or three (3) days to March 27th) to be granted to MEC for it to respond to Energy Monster's Memorandum of Law.

WHEREFORE, Energy Monster respectfully requests that this Court GRANT its Motion for Leave, and accordingly review its filed Memorandum Of Law Regarding Christine Vlk's Deposition Pursuant To The Court's March 12th Order.

<table>
<tr><td></td><td>The Energy Monster, Inc,<br>By its Attorneys,</td></tr>
<tr><td>Date: March 23, 2020</td><td>/s/ C. Alexander Chiulli<br>C. Alexander Chiulli | B.B.O. #688025<br>achiulli@bglaw.com<br>Eve J. Brown | B.B.O. #685249<br>ebrown@bglaw.com<br>BARTON GILMAN LLP<br>75 Federal Street, 9th Floor<br>Boston, MA 02110<br>617.654.8200 | 617.482.5350 – Fax<br>617.654.8200 | 617.482.5350 – Fax</td></tr>
</table>

## **CERTIFICATION OF MEET AND CONFER**

I, C. Alexander Chiulli, Energy Monster's attorney in this matter, hereby certify that our office attempted in good faith to meet and confer with MEC's attorney, Jason Champion, in order to resolve the above issues and narrow the areas of disagreement in accordance with Federal Rule of Civil Procedure 26 and Local Rules 7.1 and 37.1.  Despite this meet and confer, the parties have been unsuccessful in resolving and/or narrowing this dispute.

/s/ C. Alexander Chiulli
C. Alexander Chiulli, Esq.

## **CERTIFICATE OF SERVICE**

I, C. Alexander Chiulli, certify that on March 23, 2020 this document was filed with the ECF system to be electronically served upon all registered participants identified on the Notice of Electronic Filing.

Steven J. Nataupsky
Matthew S. Bellinger
Jason A. Champion
Hans L. Mayer
2040 Main Street
Fourteenth Floor, Irvine, CA 92614
efiling@knobbe.com

/s/ C. Alexander Chiulli
C. Alexander Chiulli, Esq.

3